1154

In the Matter of BROOKFORD, LLC, Appellant, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL et al., Respondents.

Submitted January 23, 2017; decided February 9, 2017

Motion by Rent Stabilization Association et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed submission is accepted as filed.

Judge WILSON taking no part.

In the Matter of REGINA FARAGE, Appellant, v YVONNE LEWIS et al., Respondents.

Decided February 9, 2017

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judge WILSON taking no part.